NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KETEL NICOLAS, DOC #Y64236, )
)
    Appellant, )
)
v. )    Case No. 2D18-1109
)
STATE OF FLORIDA, )
)
    Appellee. )
_____ )

Opinion filed June 12, 2019.

Appeal from the Circuit Court for Lee
County; Thomas S. Reese, Judge.

Howard L. Dimmig, II, Public Defender,
and Carol J. Y. Wilson, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.

    Affirmed.


BLACK, SALARIO, and BADALAMENTI, JJ., Concur.